# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHEN, et al.,<br><br>    Defendants. | ) 1:12cv01221 LJO DLB PC<br>)<br>)<br>) ORDER REGARDING PLAINTIFF'S<br>) MOTION TO BE INFORMED OF<br>) SUMMARY JUDGMENT AND<br>) DISCOVERY PROCEEDINGS<br>)<br>) (Document 9)<br>) |

Plaintiff Clarence Leon Dews ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation and is proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his action pursuant to 42 U.S.C. § 1983 on July 26, 2012. On December 14, 2012, Plaintiff filed a motion requesting that he be informed of any summary judgment or discovery proceedings.

The court will notify Plaintiff as soon as any action is taken in the case. Due to the large number of civil actions pending before the court, the clerk is unable to respond in writing to individual inquiries regarding the status of the case. As long as Plaintiff keeps the court apprised of his or her current address, Plaintiff will receive all decisions which might affect the status of

the case.  The court has a large number of pro se prisoner and civil detainee cases pending before it and it will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated:   **January 8, 2013**                    /s/ *Dennis L. Beck*
                                                         UNITED STATES MAGISTRATE JUDGE