# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHEN, et al.,<br><br>        Defendants. | 1:12cv01221 LJO DLB PC<br><br>ORDER STRIKING PLAINTIFF'S<br>FEBRUARY 25, 2013, FILING<br><br>(Document 12) |

      Plaintiff Clarence Leon Dews ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation and is proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his action pursuant to 42 U.S.C. § 1983 on July 26, 2012. The complaint is awaiting screening.

      On February 25, 2013, Plaintiff filed a document entitled, "Anonymous Confidential Memorandum." Plaintiff listed over ten cases, in different courts, in the caption. The document was filed in numerous actions, including this one. However, the Informational Order sent to Plaintiff on July 27, 2012, specifically states that documents listing more than one case number will not be stricken.

      Courts have the inherent power to control their docket and in the exercise of that power, they may properly strike documents. Ready Transp., Inc. v. AAR Mfg., Inc., 627 F.3d 402, 404-

05 (9th Cir. 2010). Given Plaintiff's violation of the Informational Order and the fact that the document does not appear to be related to the issues in this action, the Court ORDERS that it be STRICKEN.

IT IS SO ORDERED.

Dated: __**March 8, 2013**__     /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE